No. 00–6674. BOYD ET AL. v. UNITED STATES. C. A. 7th Cir. Motion of petitioners for leave to proceed in forma pauperis granted. Certiorari as to Charles Green, Sammy Knox, Noah R. Robinson, and Melvin Mays granted. Judgment vacated, and case remanded for further consideration in light of Apprendi v.

*New Jersey*, 530 U. S. 466 (2000). Certiorari as to Jeff Boyd denied.